# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 11-cr-00033-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  TREVOR WAYNE YEAGER,

    Defendant.

## MINUTE ORDER[1]

On March 21, 2011, a **Notice of Disposition** [#90] was filed. Defendant requests that the court set a telephonic conference for counsel to contact chambers to set the change of plea hearing. The request is reasonable and should be granted

**THEREFORE, IT IS ORDERED** as follows:

1. That the request of counsel to have the court conduct a telephonic setting conference to set this matter for a change of plea is **GRANTED**;

2. That on **March 24, 2011**, at 10:00 a.m., the court shall conduct a telephonic setting conference to set this matter for a change of plea hearing;

3. That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference; and

4. That defendant and counsel are excused from attendance and participation in future status and setting conferences, or hearings, in this matter, including the hearing set for March 28, 2011, regarding the motions to continue the trial.

Dated:  March 21, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.