**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-33-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUIS RAUL AGUAYO-CASTRO,
2.  EDGAR CASTRO-MOTTA,
3.  NANCY MARCELA CASTRO-MOTTA,
4.  EDGAR ROLANDO LINARES-CEVALLOS,
5.  TREVOR WAYNE YEAGER,

    Defendants.

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

**Blackburn, J.**

The matter is before me on the **Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions To Attorney For Defendants** [#78] filed March 4, 2011. After reviewing the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions To Attorney For Defendants** [#78] filed March 4, 2011, is **GRANTED**;

2. That copies of the transcripts of testimony given before the Grand Jury

and other Grand Jury materials be disclosed to the attorneys for the defendants for preparation for trial; and

     3.  That the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorney for the defendant.

     Dated March 22, 2011, at Denver, Colorado..

                      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge